Argued August 22, affirmed August 22, 1973

STATE OF OREGON, *Respondent, v.*
RANDY KIESLING (No. 26197), *Appellant.*
513 P2d 177

*Robert J. McCrea,* Eugene, argued the cause for appellant. With him on the brief were Mulder, Morrow & McCrea, P.C., Eugene.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.